# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

| | | | |
|---|---|---|---|
| Date: | 6/28/2023 | Case Number: | 3:21-cv-00197 |
| Case Style: | Dean vs. Newman | | |
| Type of hearing: | Settlement Conference | | |
| Before the Honorable: | 2514-Chambers | | |
| Court Reporter: | Kathy Swinhart | Courtroom Deputy: | Law Clerk |

Attorney(s) for the Plaintiff or Government:

Paul Stroebel, William Tiano

Attorney(s) for the Defendant(s):

David Rich, Samantha Fields

| | |
|---|---|
| Law Clerk: | Rebecca Conway |
| Probation Officer: | |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 11:00 AM | 1:11 PM | Non-Trial Time/Uncontested Time |

Time in court: 2 hours and 11 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Conference scheduled to commence 11:00 a.m.
Conference commenced 11:00 a.m.

The parties addressed the Court as to the status of the case.
The Court conducted mediation.
The case was settled.

Conference concluded 1:11 p.m.