IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

OLIVIA DEAN, ADMINISTRATRIX OF
THE ESTATE OF JAMES DEAN,

    **Plaintiff,**

v.                                CIVIL ACTION NO. 3:21-CV-00197
                                Judge: Robert C. Chambers

OFFICER CHARLES NEWMAN
and BOB SULLIVAN,

    **Defendants.**

## VERIFIED MOTION FOR APPROVAL OF SETTLEMENT

Comes now the Plaintiff, Olivia Dean, as Administratrix of the Estate of James Dean, by counsel, William M. Tiano, pursuant to *W.Va. Code* §55-7-7 of the West Virginia Rules of Civil Procedure and hereby represents unto this Honorable Court as follows:

    1.    This action arises out of the claim of James Dean (sometimes referred to as "Decedent"). Mr. Dean's death occurred on April 22, 2019. Mr. Dean was injured during an altercation with police in which he was knocked to the ground while handcuffed. The Plaintiff alleged that Mr. Dean struck his head, causing serious injuries and ultimately his death.

    2.    Plaintiff, Olivia Dean, Administratrix of the Estate of James Dean, deceased, is the personal representative of James Dean's estate within the meaning of *W.Va. Code* §55-7-6(a). She and her attorney have reached a tentative settlement with Defendants, Officer Charles Newman and Bob Sullivan, regarding compensation for damages as they relate to said wrongful death of James Dean.

  3. The above Plaintiff has agreed to settle the case due to the nature of the claim.

  4. The total amount of the settlement is One Hundred Twenty-Five Thousand Dollars ($125,000.00).

  5. On the date of Decedent's death, James Dean was survived by potential beneficiaries. The following persons are all of the potential legal beneficiaries pursuant to *W.Va. Code* §55-7-6(b) of James Dean:

   a. Olivia S. Dean - Mother
    P. O. Box 392
    Ceredo, WV  25507

   b. Shawna Dean - Sister
    200 Johnson Mill Road
    Georgetown, KY  40324

   c. David Dean - Brother
    315 West Lake Elbert Dr. NE
    Winter Haven, FL  33881

  6. The Plaintiff in this action hired attorney William M. Tiano and the firm Tiano O'Dell, PLLC, and Paul Stroebel and the firm Stroebel & Stroebel, PLLC, to prosecute this civil action on her behalf. Plaintiff's attorneys have expanded their time and considerable sums in prosecuting this civil action, including their time and litigation costs, and other litigation related expenses. The Plaintiff requests that the previously agreed upon attorney fees and litigation costs for prosecuting this claim against Officer Charles Newman and Bob Sullivan be paid from the proposed settlement.

  7. The Plaintiff requests the settlement amount be distributed as follows:

| | |
|---|---|
| Tiano O'Dell and Stroebel & Stroebel | $62,844.55 |
| (Attorney fees $50,000.00) <br> (Advanced expenses $12,844.55) | |
| Olivia Dean – Mother | $62,155.45 |
| Shawna Dean – Sister | -0- |
| David Dean – Brother | -0- |
| **TOTAL:** | **$125,000.00** |

8.  Upon receipt of all sums due and owing from Defendants, the Plaintiff further requests that she be allowed to execute an appropriate release as Administratrix to release Officer Charles Newman and Bob Sullivan from liability in this matter, and to execute all other papers and documents necessary to finalize all claims against Officer Charles Newman and Bob Sullivan.

9.  The settlement amount is confidential to the extent permitted by law.

10. The Plaintiff further requests that the Court declare this settlement is a good faith settlement under West Virginia law, extinguishes all claims for contribution and indemnity to the extent those exist, and that the settlement is in the best interests of the Estate and its beneficiaries.

**WHEREFORE**, the Plaintiff respectfully requests that the Court set this matter for hearing, approve the terms of the settlement and distribution as will be described in detail at the hearing, and to grant such other and further relief as this Court deems necessary.

**Olivia Dean, Administratrix of the Estate of James Dean**

**By Counsel**

/s/ William M. Tiano
William M. Tiano (WVSB # 4308)
TIANO O'DELL PLLC
Post Office Box 11830
Charleston, West Virginia 25339
(304) 720-6700
wtiano@tolawfirm.com

/s/ Paul M. Stroebel
Paul M. Stroebel (WVSB# 5758)
Stroebel & Stroebel, PLLC
Post Office Box 2582
Charleston, WV 25329-2582
*Counsel for Plaintiff*

## VERIFICATION

STATE OF WEST VIRGINIA

COUNTY OF Wayne, TO WIT:

I, Olivia Dean, Administratrix of the Estate of James Dean, Plaintiff in the foregoing and hereto annexed "Verified Motion for Approval of Settlement" after first being duly sworn, confirms that the facts and allegations therein contained are true, except insofar as they are therein stated to be upon information, I believe them to be true.

_____
Olivia Dean

Taken, subscribed, and sworn to before me this 31st day of July, 2023.

My commission expires 9/29/2027

_____
Notary Public

NOTARY PUBLIC OFFICIAL SEAL
Jacob M Skeens
State of West Virginia
My Commission Expires
September 29, 2027
TOWN OF CEREDO
PO BOX 691
CEREDO, WV 25507

4