IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

OLIVIA DEAN, ADMINISTRATRIX OF
THE ESTATE OF JAMES DEAN,

        **Plaintiff,**

**v.**                                      **CIVIL ACTION NO. 3:21-CV-00197**
                                            **Judge:  Robert C. Chambers**

OFFICER CHARLES NEWMAN
and BOB SULLIVAN,

        **Defendants.**

## ORDER APPROVING SETTLEMENT

On this day came Olivia Dean, as Administratrix of the Estate of James Dean,

appeared in person and by and through her counsel, William M. Tiano of Tiano O'Dell PLLC,

Officer Charles Newman and Bob Sullivan, by their counsel, David E. Rich of Oxley Rich

Sammons PLLC for an Order approving the settlement of the above case pursuant to *W.Va. Code*

§ 55-7-7.

The Plaintiff moved the Court for permission and authority to settle this action on

behalf of herself and on behalf of the Estate of James Dean, and tendered to the Court her

verified Motion for Approval of Settlement which was properly filed.

The Court having reviewed the Motion and upon mature consideration, is of the

opinion that the settlement of the claims against the Defendants, as proposed is fair, reasonable,

and just, and is in the best interests of the Estate.  Based upon the verified Motion and the

representations of counsel; there being no objection to the settlement despite proper notice, including any beneficiaries; and all other matters brought to the Court's attention, the Court makes the following findings of fact and conclusions of law:

1.     James Dean (sometimes hereinafter "Decedent") died on April 22, 2019.

2.     Olivia Dean is the duly appointed Administratrix of the Estate of James Dean, deceased.  Accordingly, she is the personal representative of the Estate of James Dean within the meaning of *W.Va. Code* §55-7-6(a) and has the sole and exclusive right to settle this action.

3.     On the date of the James Dean's death, he was survived by the following persons who are potential beneficiaries pursuant to *W.Va. Code* §55-7-6(b):

   a.     Olivia Dean – Mother
   b.     Shawna Dean – Sister
   c.     David Dean - Brother

4.     In an effort to resolve this action, Plaintiff and Defendants engaged in settlement negotiations and agreed to a settlement wherein Defendants, will pay One Hundred Twenty-Five Thousand Dollars ($125,000.00), which they now present to this Court for approval.

5.     Plaintiff believes that the proposed total settlement is fair, reasonable, and just, was offered in good faith, was fairly negotiated at arm's length by the parties and their counsel, and is in the best interests of the Estate, and should therefore be accepted and approved by this Court.  Plaintiff believes there was substantial uncertainty with regard to obtaining a more favorable result through further litigation in this case, especially when considering the costs of litigation, and that a certain settlement was in the best interests of the Estate of James Dean.  Plaintiff further

believes that, given the complexity of the litigation, the cost of successfully prosecuting this action would be substantial. All liens for medical expenses have been reimbursed as a result of a previous settlement of the case involving the Marshall University Board of Governors and Cabell Huntington Hospital.

6.     The Court finds that Olivia Dean, as Administratrix of the Estate of James Dean, has the exclusive authority to negotiate and settle all claims on behalf of the Estate pursuant to *W.Va. Code* §55-7-7.

7.     The Court finds that the named persons in Paragraph 3 above in this Order are the only persons who are statutorily defined as potential beneficiaries of the Estate and entitled to potentially receive any of the settlement proceeds in this wrongful death action.

8.     The Court finds that the named persons in Paragraph 3 of this Order have all specifically consented to the distribution of this settlement between Plaintiff and Defendants. See Exhibit 1, Consent of Adult Beneficiary Shawn Dean, and Exhibit 2, Consent of Adult Beneficiary David Dean. There being no objections to the manner and amounts of the distribution, the Court finds the distribution of the settlement amount to be as follows:

(a)     Attorney fees in the amount of $50,000.00;

(b)     Attorney reimbursement of advanced litigation costs in the amount of $12,844.55; and

(c)     Olivia Dean $62,155.45.

9.     The Court finds that the proposed settlement is fair, reasonable and just, and is in

the best interest of the Estate and all potential beneficiaries.

10.    The Court further finds that the settlement represents a good faith settlement under West Virginia law and serves to extinguish any and all claims for contribution or indemnity against Officer Charles Newman and Bob Sullivan, for all of their respective agents, servants, and employees.

**WHEREFORE**, based on the foregoing findings and conclusions, the Court is of the opinion to, and does hereby, **ORDER** the following:

1.    That the compromise and settlement between Olivia Dean, Administratrix of the Estate of James Dean, and Officer Charles Newman and Bob Sullivan, in the total amount of One Hundred Twenty-Five Thousand Dollars ($125,000.00) is a fair, reasonable, and an adequate compromise and settlement, made in good faith pursuant to *W. Va. Code* §55-7-7, and is in the best interests of the Estate and all interested parties, and is therefore approved;

2.    That the Plaintiff's Motion to Approve the Settlement and Distribution is hereby **GRANTED;**

3.    That Olivia Dean, Administratrix of the Estate of James Dean, is hereby authorized and directed to execute the necessary release and other documents forever releasing and discharging Officer Charles Newman and Bob Sullivan, including their insurers, agents, servants and employees, of any and from any and all liability, claims, liens, actions, causes of action, damages or demands of every kind and character arising out of the death of James Dean;

4.    That Plaintiff may receive the agreed upon settlement proceeds for the matters in controversy and directs and orders that the distribution of the settlement proceeds

be made as follows:

a.    That the attorney fee earned on this settlement per the contingency fee contract with the Plaintiff be paid in the amount of $50,000.00;

b.    That $12,844.55 be distributed from the settlement proceeds and paid to Tiano O'Dell, PLLC, for advanced litigation expenses in connection with their representation of the Plaintiff and that this sum be paid in accordance with the terms of the fee agreement between the Plaintiff and her attorney; and

c.    That the remaining amount be distributed as follows:

| | |
|---|---|
| Olivia Dean – Mother | $62,155.45 |
| Shawna Dean – Sister | -0- |
| David Dean – Brother | -0- |
| | _____ |
| TOTAL | $125,000.00 |

5.    It further appearing to the Court that all issues in controversy relative to the death of James Dean have now been resolved with this approval of the settlement and compromise and being there are no other matters to be considered by this Court, the Court, having no objection thereto, does accordingly **ORDER** that this matter be and the same is hereby **DISMISSED, WITH PREJUDICE**.

The Clerk is hereby directed to mail a certified copy of this Order to all counsel of record.

**IT IS SO ORDERED** this ____ day of _____, 2023.

_____
Robert C. Chambers, Judge


**Presented by:**


/s/ William M. Tiano
William M. Tiano, Esq. (WV Bar #4308)
TIANO O'DELL, PLLC
118 Capitol Street
P.O. Box 11830
Charleston, WV 25339
(304) 720-6700
*Counsel for Plaintiff*


/s/ Paul M. Stroebel
Paul M. Stroebel (WVSB# 5758)
Stroebel & Stroebel, PLLC
Post Office Box 2582
Charleston, WV  25329-2582
*Counsel for Plaintiff*


**Approved By:**


/s/ David E. Rich
David E. Rich, Esq. (WV Bar# 7211)
Oxley Rich Sammons, PLLC
P. O. Box 1704
Huntington, WV  25718
*Counsel for Defendant*